April 10, 2015   12-15-00098-CR
007-1393-14

Re: Aaron Jerome Bowers vs The State of Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 16 2015
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Sir or Madam

    I would like to for announce my right to appeal. And have annouced in a timely manner. Plus file and bring to the attention of the Court

                        Respectfully
                        Submitted
                        A B

Aaron Bowers 1982618
21 Fm 247 / Byrd unit
Huntsville, Texas 77320